UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

MICHAEL GAYLE, and all other similarly situated under 29 USC, §216(B)

CASE NO.:

Plaintiff,

vs.

SPARK OF HOPE, LLC and DAVID LAMB, Individually,

Defendants.
_____/

## NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT

Defendants, SPARK OF HOPE, LLC and DAVID LAM, individually (collectively referred to as "Defendants"), file this Notice of Removal of the above-styled cause pursuant to 28 U.S.C. §§ 1331 and 1446 from the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida, to the United States District Court, Southern District of Florida, and in support of removal states the following:

1. Written notice of the filing of this Notice of Removal on this date has been given to plaintiff, MICHAEL GAYLE, through his attorney, J. Freddy Perea, Esq., 12555 Orange Drive, Suite 268, Davie, Florida 33330.

2. A copy of this Notice of Removal has, on this date, been filed with the Clerk of the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida, where this action was originally filed.

3. A copy of all papers served on Defendants in this matter, including the Complaint, are attached hereto as Exhibit "A."

4. Plaintiff filed this action in State Court as Case No.: 062017-CA-022328A in the Seventeenth Judicial Circuit in and for Broward County, Florida.

5. The instant suit is one in which this United States District Court has original jurisdiction under The Fair Labor Standards Act, 29 U.S.C. § 201 *et seq*.

6. This Notice of Removal was filed within thirty days of the date of formal service of process of the Summons and Complaint upon Defendants.

7. The undersigned certifies that Defendants consent to the removal of this action from the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida, to the United States District Court, Southern District of Florida.

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of February, 2018, a true and correct copy of the foregoing was filed and served via the Florida Courts E-Filing Portal to: J. Freddy Perera, Esq., *Attorney for Plaintiff*, at: freddy@pereralaw.com.

s/Andrew M. Gordon

Andrew M. Gordon
Florida Bar No. 68886
**HINSHAW & CULBERTSON LLP**
One East Broward Boulevard, Suite 1010
Ft. Lauderdale, Florida  33301
Telephone: 954-467-7900
Primary: agordon@hinshawlaw.com
         cwilke@hinshawlaw.com
Secondary: ablitz@hinshawlaw.com
Office: ftllitigation@hinshawlaw.com

*Attorneys for Defendants*