UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:18-CV-60345-DIMITROULEAS

MICHAEL GAYLE, and all others
similarly situated,

    Plaintiff,

v.

SPARK OF HOPE, LLC, and
DAVID LAM, individually,

    Defendants.

_____/

## ORDER GRANTING MOTION FOR FINAL DEFAULT JUDGMENT

THIS CAUSE is before the Court upon Plaintiff's Motion for Entry of Final Default Judgment (the "Motion") [DE 48], filed herein on April 11, 2019. The Court has carefully considered the Motion [DE 48] and is otherwise fully advised in the premises.

On March 20, 2019, the Clerk entered an Entry of Default against Defendant Spark of Hope LLC. *See* [DE 42]. On March 11, 2019, Plaintiff filed the instant Motion [DE 48] seeking a default judgment against Defendants. On April 12, 2019, the Court issued an Order to Show Cause why this Motion should not be granted. [DE 49]. Defendant failed to respond. The Court notes that David Lam sent a letter to the Court, but Mr. Lam is aware that corporations cannot be *pro se*; he cannot represent the interests of Spark of Hope LLC. The Court has entered the letter into the record but does not consider it as a response to the Motion for Default Judgment.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.    Plaintiff's Motion [DE 48] is hereby **GRANTED.**

2. In accordance with Federal Rule of Civil Procedure 58, a separate final judgment will be entered.

3. The Clerk is **DIRECTED** to mail a copy of this Order to the address listed below.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 25th day of April, 2019.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record

Spark of Hope, LLC
Attn: David Lam
441 South State Road 7, Ste. 14
Margate, FL 33068

David Lam, *pro se*
7134 NW 70th Manor
Parkland, FL 33067