UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 0:18-cv-60345- DIMITROULEAS/SNOW

MICHAEL GAYLE, and all others
similarly situated,

     Plaintiff,
v.

SPARK OF HOPE, LLC, and
DAVID LAM, individually,

     Defendants.
                                           /

## **FINAL DEFAULT JUDGMENT**

THIS CAUSE before the Court on Plaintiff's Motion for Final Default Judgment against Defendant Spark of Hope, LLC [DE 48]. The Court granted the Motion by separate Order and enters this separate judgment. The Court has considered the record in this case and is otherwise fully advised in the premises.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. Judgment is hereby entered in favor of Plaintiff against Defendant Spark of Hope, LLC. On March 20, 2019, the Clerk of Court, upon direction from this Court, entered a Clerk's Default against Defendant Spark of Hope, LLC.

2. It is ADJUDGED, Plaintiff Michael Gayle shall recover from Defendant Spark of Hope, LLC, the sum of Fifteen Thousand Nine-Hundred and Ninety-Three Dollars and Sixty Cents ($15,993.60), which shall accrue interest at the rate of 4.75%, per

annum, from date of entry until satisfied for which all sums let execution issue forthwith.[1]

3. Plaintiff should file a separate motion for attorneys' fees and costs which will be referred to Magistrate Judge Lurana S. Snow for appropriate disposition.

4. The case remains pending against David Lam.

**DONE AND ORDERED** in Chambers in Broward County, Florida, this 25th day of April, 2019.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record

Spark of Hope, LLC
Attn: David Lam
441 South State Road 7, Ste. 14
Margate, FL 33068

David Lam, *pro se*
7134 NW 70th Manor
Parkland, FL 33067

---

[1] As set by the Florida Comptroller's office, pursuant to authority granted by Florida Statute §55.03(1), the interest rate on judgments starting on or after January 1, 2016 is 4.75%.