UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 0:18-cv-60345- DIMITROULEAS/SNOW

MICHAEL GAYLE, and all others
similarly situated,

  Plaintiff,
v.

SPARK OF HOPE, LLC, and
DAVID LAM, individually,

  Defendants.
                /

## **FINAL DEFAULT JUDGMENT**

THIS CAUSE is before the Court on Plaintiff's Motion for Final Default Judgment against Defendant David Lam where the amount due and owing in damages have been established through affidavit. It is **ORDERED AND ADJUDGED** that:

1. Judgment is hereby entered in favor of Plaintiff Michael Gayle and against Defendant David Lam. *See* [DE 72]; *see also* the Court's Order Granting Motion for Final Default Judgment Against Defendant Lam, entered separately today.

2. It is ADJUDGED, Plaintiff Michael Gayle shall recover from Defendant David Lam the sum of Fifteen Thousand Nine-Hundred and Ninety-Three Dollars and Sixty Cents ($15,993.60).

3. It is ADJUDGED, Plaintiff must file a separate motion for attorneys' fees and costs, which will be referred to Magistrate Judge Lurana S. Snow for appropriate disposition.

4. Final judgment is entered in favor of Plaintiff Michael Gayle and against Defendant David Lam herein totaling Fifteen Thousand Nine-Hundred and Ninety-Three Dollars

and Sixty Cents ($15,993.60), which shall accrue interest at the rate of 4.75%, per annum, from date of entry until satisfied for which all sums let execution issue forthwith.[1]

5.  The Clerk is **DIRECTED** to **CLOSE** this case, **DENY** any pending motions as moot, and mail a copy of this Order to Defendant at the address listed below.

**DONE AND ORDERED** in Chambers, in Broward County, Florida this 17th day of July, 2019.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:

All Counsel of Record

David Lam , *pro se*
441 South State Road 7, Suite 14
Margate, FL 33068

---

[1] As set by the Florida Comptroller's office, pursuant to authority granted by Florida Statute §55.03(1), the interest rate on judgments starting on or after January 1, 2016 is 4.75%.